

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patrick Cross, Individually and on behalf of All Others Similarly Situated<br><br>**Plaintiff,**<br><br>V.<br><br>West Coast Center, LLC, doing business as Green World Pro; Yossi Ohayon; Imane Haddada also known as Imane Bytton<br><br>**Defendant.** | Civil Action No.   17-cv-1076-AJB-BGS<br><br><br>**DEFAULT JUDGMENT<br>IN A CIVIL CASE** |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Motion for Default Judgment against defendants, (Doc. No. 8), is GRANTED. The Court awards $500. The Clerk is directed to enter judgment consistent with this order.

Date:        5/3/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/  A. Corsello
                                          A. Corsello, Deputy